■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE ROUNDTREE, Appellant. [650 NYS2d 558] —Judgment, Supreme Court, New York County (Daniel FitzGerald, J.), rendered November 22, 1993, convicting defendant, after a jury trial, of two counts of murder in the second degree and one count each of robbery in the first and second degrees and criminal possession of a weapon in the second and third degrees, and sentencing him to concurrent terms of 18 years to life, 18 years to life, 7 to 21 years, 4 to 12 years, 4 to 12 years, and 2¹/₃ to 7 years, respectively, unanimously affirmed.

Defendant's mother was properly excluded from the otherwise fully open courtroom during the People's case. This discretionary determination, made on the basis of defendant's mother's status as a prospective witness (*see, People v Santana*, 180 AD2d 537, *lv denied* 79 NY2d 1007; *People v Smith*, 111 AD2d 883), did not implicate defendant's right to a public trial. Concur—Ellerin, J. P., Wallach, Kupferman, Nardelli and Tom, JJ.

■ DITA H. SULLIVAN, Appellant, v SIMON & SCHUSTER INC. et al., Respondents. [650 NYS2d 560] —Order, Supreme Court, New York County (Stuart Cohen, J.), entered August 25, 1995, which, in an action for libel, granted defendants' motion to dismiss the complaint as time-barred, unanimously affirmed, without costs.

Defendants' proof consisting of affidavits from employees of two bookstores that they first began displaying the book in question in December 1993, corroborated by records reflecting their receipt and actual sales of the book in December 1993, and by plaintiff's admission that she herself learned of the allegedly libelous material in the book as early as December 1993, was sufficient to demonstrate that the book became generally available in December 1993, and that the action is therefore barred by the one-year Statute of Limitations of CPLR 215 (3) (*see, Tomasino v Morrow & Co.*, 174 AD2d 734; *Love v Morrow & Co.*, 193 AD2d 586, 589). Concur—Ellerin, J. P., Wallach, Kupferman, Nardelli and Tom, JJ.